1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VUE HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-0007 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; |
| v. | ) ) | ORDER |
| VUE HER, | ) ) | Date:   September 6, 2011 Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before August 8, 2011, responses shall be filed on or before August 22, 2011, and **the hearing on motions now set for August 29, 2011, may be continued to September 6, 2011, at 9:00 a.m.**

The grounds for the continuance are that defense counsel has not prepared a motion for the hearing on August 29, 2011, and both counsel are continuing to attempt to negotiate a plea. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)(iv).

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: July 28, 2011                          By    */s/ Kimberly A. Sanchez*
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant United States Attorney
                                                                Attorney for Plaintiff

                                                    DANIEL J. BRODERICK
                                                   Federal Public Defender

DATED: July 28, 2011                          By    */s/ Ann H. Voris*
                                                                 ANN H. VORIS
                                                                Assistant Federal Defender
                                                                Attorney for Defendant
                                                                VUE HER

## **O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)(iv).

IT IS SO ORDERED.

Dated:   July 28, 2011

                                                            CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule
and Hearing; Order                                2