BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>VUE HER,<br><br>             Defendant. | CASE NO. 1:11-CR-00007 AWI<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF STATUS<br>CONFERENCE |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann Voris, attorney for Vue Her, that the sentencing set for January 9, 2012 be continued to January 17, 2012 at 9:00 a.m. The undersigned AUSA is scheduled to appear before the Ninth Circuit Court of Appeals on January 9, 2012 at 9:30 a.m. to present oral argument in U.S. v. Marcus Major, 10-10147 and U.S. v. Jordan Huff 10-10148, and has conferred with defense counsel who has agreed to

///
///
///

the request to continue the sentencing hearing.

Dated: January 3, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                    By    /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 3, 2012                    /s/ Ann Voris
                                          ANN VORIS
                                          Attorney for Vue Her

**ORDER**

IT IS SO ORDERED.

Dated:      January 3, 2012         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE